Joe C. Boyd, et al., as Executor, Plaintiffs-Appellants, v. Josephine Boyd, Defendant-Appellee.

Gen. No. 64–5.   (Abstract of Decision.)

Fifth District.

August 27, 1964.

Hershey and Bliss, of Taylorville (Charles E. Bliss and Don E. Beane, Jr., of counsel), for appellants; Gates W. Clancy, of Geneva (Hugh A. Hardy, of counsel), for appellee. Opinion by JUSTICE SMITH. **Not to be published in full.**